UNITED STATES DISTRICT COURT
915 LAFAYETTE BLVD
BRIDGEPORT, CT 06604

11/30/20

SENTEMENTES, THOMAS
BRIDGEPORT CORRECTIONAL
1106 NORTH AVE
BRIDGEPORT, CT 06604

V.

STATE OF CONNECTICUT ETAL
GOVENOR NED LAMONT
CAPITOL AVE
HARTFORD, CT 06106

BRIDGEPORT CORRECTIONAL
WARDEN ROBERT MARTIN
1106 NORTH AVE
BRIDGEPORT, CT 06604

STATE OF CT
PUBLIC DEFENDER
THOMAS LEAF
146 WHITE ST
DANBURY, CT 06810

BETHEL CT
FIRST SELECTMAN
MATTHEW KNICKENBOCKER
1 SCHOOL ST
BETHEL, CT 06801

BETHEL, CT CHEIF OF POLICE
JEFFREY FINCH
BETHEL, CT 06801

BETHEL POLICE
SARGENT ROST
BETHEL, CT 06801

BETHEL POLICE
CORPORAL ZOR
BETHEL, CT 06801

BETHEL POLICE
PO EMESON
BETHEL, CT 06801

PRESIDENT OF
DANBURY HOSPITAL
JOHN DOE
HOSPITAL AVE
DANBURY, CT 06810

BANK AMERICA
CEO BRIAN MOYNIHAN
WORLD HEADQUATERS, USA

LIBERTY MUTUAL
CEO DAVID LONG
155 COLUMBUS AVE
BOSTON, MA 02116

PASQUALINA BASTONE
2 LONG RIDGE RD
WEST REDDING, CT 06896

DANIEL SENTEMENTES
246 RICHMOND RD
PUTNAM, CT 06260

DANBURY POLICE
DETECTIVE LABONIA
MAIN ST
DANBURY, CT 06810

BETHEL, CT TOWN HALL
BUILDING INSPECTOR
JOHN DOE
1 SCHOOL ST
BETHEL, CT 06801

BETHEL, CT TOWN HALL
BUILDING INSPECTOR
JOHN DOE
1 SCHOOL ST
BETHEL, CT 06801

BETHEL, CT TOWN HALL
SIGN DEPARTMENT/
PERMIT DEPARTMENT
JANE DOE
1 SCHOOL ST
BETHEL, CT 06801

## JURISDICTION;

THE PLAINTIFF BROUGHT A CIVIL SUIT AGAINST THE DEFENDANTS UNDER 42 USC 1983 COLOR OF LAW, CASE 3:20-CV-00580-MPS.

THE PLAINTIFFS 14TH AMENDMENT CLAIMS WERE SEVERED WITHOUT PREJUDICE, AND IS NOW BROUGHT HEREIN FOR THE DEPRAVATION OF LIFE, LIBERTY AND EQUAL JUSTICE UNDER THE UNITED STATES CONSTITUTION, FOR BEING FALSELY ACCUSED BY THE STATE OF CONNECTICUT AND BETHEL POLICE DEPARTMENT AND TOWN OFFICIALS

## STATEMENT OF CLAIM;

THE PLAINTIFF WAS ENGAGED TO THE DEFENDANT, PASQUALINA BASTONE, AND HAD BUSINESSES THAT WERE BEING BUILT TOGATHER WHICH INCLUEDED TWO LIQUOR STORES AND A RESTAURANT.

ON 1/28/19 PASQUALINA CALLED THE REDDING POLICE ABOUT AN ARGUEMENT BETWEEN THE PLAINTIFF AND DEFENDANT, AT THE REDDING LIQUOR STORE AND RESTARAUNT. REDDING POLICE DID NOT TAKE ANY ACTION AS THERE WAS NO RELAVENT ISSUE TO PERSUE, THE PLAINTIFF LEFT AND WENT TO THE BETHEL LIQUOR STORE, WHEN PULLING UP IN FRONT OF THE STORE, BETHEL POLICE PULLED UP BEHIND THE PLAINTIFF AND FOLLOWED THE PLAINTIFF INTO THE STORE, WHERE EVENTUALLY THE PLAINTIFF WAS ARRESTED, TRIED, FOUND INNOCENT AND NOW FILES THIS COMPLAINT.

# CAUSES OF ACTION

14TH AMENDMENT, FALSE STATEMENTS, MALICIOUS PROSECUTION BREACH OF FIDUCIARY DUTIES, INTENTION INFLICTION OF EMOTION DISTRESS, HARRASMENT, KIDDNAPPING, CRUE AND UNUSUAL PUNISHMENT

1) AT ALL TIMES MENTIONED THE DEFENDANTS WERE WORKING FOR THE STATE OF CONNECTICUT, RESIDENTS OF THE STATE OF CONNECTICUT OR HAVE BUSINESSES IN THE STATE OF CONNECTICUT, AND ARE BEING SUED IN AN INDIVIDUAL CAPASITY AND OFFICIAL CAPASITY

2) THE PLAINTIFF, AT ALL TIMES MENTION IS AND WAS A RESIDENT OF THE STATE OF CONNECTICUT, WHOM WAS SEVERLY HARMED AND INJURED BY THE DEFENDANTS AND HEREBY BRINGS THIS SUIT.

## 14TH AMENDMENT;

3) THE PLAINTIFF ON OR ABOUT 8/1/18 WAS WORKING ON A WALL OUTSIDE OF BETHEL WINE AND SPIRITS, BECAUSE OF A LEAK WHICH WAS ENTERING THE BUILDING, THE TOWN HALL BUILDING INSPECTOR SAW THE PLAINTIFF AND STOPPED TO QUESTION THE WORK AND STATED THAT THE PLAINTIFF HAD A RIGHT TO PROTECT HIS INVESTMENTS INSIDE THE LIQUOR STORE, WITHIN THE HOUR P.O EMERSON ARRIVED WITH A SECOND BUILDING INSPECTOR AND A CONFRONTATION BEGAN, AND ENDED WITH THE PLAINTIFF BEING ABLE TO CONTINUE THE WORK, THE PLAINTIFF THEN BROUGHT DRAWINGS TO THE BUILDING DEPARTMENT AND SIGN DEPARTMENT, AND AN ARGUEMENT PERSUE, WITH P.O EMERSON ARRIVING ON SCENE, THE SITUATION WAS RESOLVED WHEN THE PLAINTIFF PROVED THE TOWN WAS LIEING AND USING THE BETHEL POLICE DEPARTMENT TO HARRASS THE PLAINTIFF, AND THEIR BOSS FIRST SELECTMAN MATTHEW KNICKENBOCKER DID NOTHING TO CORRECT HIS UNDERLINGS CONDUCT WHICH IS AGAINST POLICY FOR EMPLOYEES TO LIE AND HARRAS BUSINESSMEN IN BETHEL

4) ON 1/28/19 THE PLAINTIFF AND DEFENDANT PASQUALINA BASTONE WERE IN THEIR REDDING LIQUOR STORE AND HAD AN ARGUEMENT OVER THE PLAINTIFFS SON, 3 EMPLOYEES AND THE DEFENDANT MAKEING A FALSE INSURANCE CLAIM FOR $27,350.00 WHICH THE PLAINTIFF FOUND OUT EARLIER THAT DAY,

5) THE PLAINTIFF DEMANDED THE MONEY BE RETURNED AND LEFT TO GO BY BETHEL WINE AND SPIRITS ON THE WAY HOME, WHEN THE PLAINTIFF PULLED UP TO BETHEL WINE AND SPIRITS, BETHEL POLICE PULLED UP BEHIND THE PLAINTIFF, WHERE CORPORAL ZOR ASKED THE PLAINTIFF IF HE WAS DRINKING WHILE WALKING INTO THE STORE

6) VIDEO SURVIELANCE AT THE REDDING LIQUOR STORE SHOW THE DEFENDANT PASQUALINA BASTONE (HEREIN AFTER LINA) CALLING REDDING POLICE AND TRYING TO FILE A FALSE COMPLAINT, REDDING POLICE REFUSED TO TAKE ACTION, SO LINA THEN CALLED BETHEL POLICE AND STATED THE PLAINTIFF WAS SMASHING BOTTLES AT THE BETHEL LIQUOR STORE AND SEVERAL MORE OFFICERS ARRIVED ON THE SCENE

7) AFTER 3 HOURS OF BETHEL POLICE HARRASSING THE PLAINTIFF BY REFUSING TO LEAVE THE STORE, THE PLAINTIFF STARTED DRINKING AND EVENTUALLY AGREED TO END THE STANDOFF IF THE PLAINTIFF AGREED TO BE SEEN AT DANBURY HOSPITAL AND TO GO WITH P.O EMERSON, SARGENT ROST AND CORPORAL ZOR. WHICH THE PLAINTIFF DID

8) TWO WEEKS LATER THE PLAINTIFF WAS ARRESTED FOR ASSAULT ON A PUBLIC SAFETY OFFICER, CRIMINAL MISCHIEF, AND DRIVING UNDER A SUSPENDED LISCENCE BY P.O EMERSON

9) THE PLAINTIFF WAS HELD ON A $250,000.00 BOND AND GIVEN PUBLIC DEFENDER THOMAS LEAF AS COUNSEL, THE PLAINTIFF REQUESTED THE HOSPITALS SURVIELANCE VIDEO'S AND BOTH LIQUOR STORE SURVIELANCE VIDEO'S, IN WHICH THOMAS LEAF NEVER SECURED

10) AFTER A YEAR OF NOT GETTING ANY WHERE WITH THOMAS LEAF THE PLAINTIFF (HEREIN AFTER I) ASKED MR LEAF, IF I GO TO TRIAL ARE YOU GOING TO REPRESENT ME TO THE BEST OF YOUR ABILITY, I WAS TOLD "GO FUCK YOURSELF" BY PUBLIC DEFENDER LEAF

11) THE PLAINTIFF THEN RELIEVED MR LEAF AS COUNSEL AND WENT PRO SE BUT KEPT MR LEAF AS STAND BY

12) THE PLAINTIFF QUESTIONED SARGENT ROST, P.O EMERSON AND CORPORAL ZOR AT TRIAL, THEY STATED THAT THERE WAS NO ONE THROWING BOTTLES AROUND THE STORE AS LINA'S 911 CALL WAS FOR, AND THEY TESTIFIED THAT I WAS THREATENING THEM, SMASHING MY ~~FS~~ FISTS ON THE COUNTER AND ANTAGONIZING THEM TO FIGHT

13) THE PLAINTIFF WAS GOING TO INTRODUCE EVIDENCE OF THE SURVIELANCE VIDEO'S TO SHOW THE DEFENDANTS WERE LIEING, SO THE STATE DROPPED THE CHARGES INSIDE THE ~~#~~ LIQUOR STORE SO I COULD NOT PROVE THEY LIED, AND THE STATE MOVED FOWARD WITH THE ASSAULT CHARGES AT DANBURY HOSPITAL WHICH THE POLICE TESTIFIED TOOK PLACE IN A PARTICULAR HALLWAY AND PRODUCED STILL PICTURES OF THE AREA

14) THE PLAINTIFF POINTED OUT IN THE PICTURES TWO SURVIELANCE VIDEO~~S~~ CAMERAS ON THE CIELING AND QUESTIONED ~~WHY~~ WHY THOSE VIDEO'S WERE NOT PRODUCED, BUT STILL PICTURES WERE I SUBPEONAD THE VIDEO'S BUT DANBURY HOSPITAL ONLY HAS A 30 DAY LOOP SO BECAUSE THOMAS LEAF DID NOT DILIGENTLY DO HIS JOB OR DANBURY HOSPITAL PRESERVE MY RIGHT TO THIS EVIDENCE FOR CRIMINAL ACTIONS OR MEDICAL RECORDS FOR FUTURE USE AS IT WAS A PSYCIATRIC WARD, AND THE ACTIONS THE POLICE TESTIFIED TOOK PLACE WOULD HAVE BEEN NEEDED TO BE PRESEVED FOR FUTURE DIAGNOSIS OF THE PLAINTIFF

15) P.O EMERSON TESTIFIED TO THE TWO INCIDENTS IN 2018 WITH ALL CLARITY AND PRECISE DETAIL, BUT TESTIFIED HE DID NOT REMEMBERING ARRESTING THE PLAINTIFF THREE TIMES IN NINTEEN DAYS IN 2019, EVEN WHEN THE PLAINTIFF PRODUCED THE ARREST REPORT P.O EMERSON DENIED KNOWLEDGE WHICH EVENTUALLY LEAD TO THE PLAINTIFF BEING FOUND INNOCENT

16) THE PLAINTIFF SPENT A YEAR CONTACTING BANK OF AMERICA TO TRY AN HAVE THE PLAINTIFF FUNDS RELEASED TO MAKE BOND BANK OF AMERICA (HEREIN AFTER B OF A) REFUSED TO ACKNOWLEDGE ANY LETTERS, TO DATE, NOW TWO YEARS

17) THE PLAINTIFF GAVE POWER OF ATTORNEY TO A FRIEND TO NO AVAIL WITH B OF A, THEY WOULD ONLY TELL HIM THAT MONEY WAS BEING WITHDRAWN $200.00 AT A TIME AND B OF A KNOWING I WAS INCARCERATED AND GIVEING POWER OF ATTORNEY TO A FRIEND VIOLATED THE PLAINTIFFS RIGHTS KEEPING HIM INCARCERATED FOR A YEAR BREACHING THEIR CONTRACT AND FIDUCIARY DUTIES TAKING LIFE AND LIBERTY FROM ME.

18) LIBERTY MUTUAL WAS CONTACTED ABOUT INSURANCE FRAUD BY LINA AND REFUSED TO PRODUCE ANY INFORMATION OR CHARGES AS EVIDENCE AND PROOF OF A SERIOUS CRIME BY LINA TO HELP AID IN THE PLAINTIFFS DEFENCE AT TRIAL OR PLEA BARGINS WITH THE STATE OF CT. BUT INSTEAD CHOSE TO ALLOW THE PLAINTIFF TO BE WRONGFULLY INCACERATED

19) DANIEL SENTEMENTES WAS IN CHARGE AS EXECUTOR OF OUR MOTHERS WILL, DANIEL SENTEMENTES REFUSED TO GIVE THE PLAINTIFF HIS INHERIDENCE SO THE PLAINTIFF COULD MAKE BOND, BUT CHOSE TO DIVIDE THE INHERITENCE WITH HIS BROTHER, WHICH KEPT THE PLAINTIFF INCARCERATED FOR A YEAR UNTIL I WON TRIAL

20) THE STATE OF CONNECTICUT NED LAMONT FALSELY PROSECUTED THE PLAINTIFF KNOWINGLY AND WILLINGLY DROPPING CHARGES TO QUASH VIDEO EVIDENCE PROVING INNOCENCE AND PROCEEDED WITH ~~BE~~KNOW PERJURED TESTIMONY TO MALICIOUSLY PROSECUTE ME.

21) JUDGE D'ANDREA ORDERED BRIDGEPORT CORRECTIONAL INSTITUTION TO SUPPLY THE PLAINTIFF WITH LAW BOOKS, CT PRACTICE BOOK, CT CRIMINAL PROCEDURE BOOK, AND CT GENRAL STATUE BOOK, WHEN WARDEN MARTIN WAS CONFRONTED WITH THE MITTIMUS, HE STATED TO THE PLAINTIFF THAT NO JUDGE WAS GOING TO TELL HIM WHAT TO DO IN HIS PRISON, AS JUDGE PAVIA STATED AT PRE-TRIAL THE PLAINTIFF HAS A CONSTITUTIONAL RIGHT TO THIS MATERIAL, BUT INSTEAD HAD TO STAND TRIAL WITHOUT THESE MATERIALS WHICH WAS MEANT TO DENY THE PLAINTIFF OF LIFE AND LIBERTY

| | |
|---|---|
| AN AWARD OF COMPENSATORY DAMAGES OF | $1,000,000.00 EA. |
| AN AWARD OF EXEMPLARY DAMAGES OF | $1,000,000.00 EA. |
| AN AWARD OF PUNITIVE DAMAGES OF | $1,000,000.00 EA. |
| INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS | $1,000,000.00 EA |

FALSE STATEMENTS;

LINES 1-21 IN THE FIRST CAUSE OF ACTION ARE HEREBY INCORPARATED AS IF SETFORTH AT LENGTH AND MADE PART OF THIS CAUSE OF ACTION

22) THE AUDIO AND VIDEO OF PASQUALINA BASTONE SHOW THAT HER STATEMENT TO THE REDDING AND BETHEL POLICE WERE NOT TRUE AND WERE MADE FOR RETALIATION BECAUSE THE PLAINTIFF WAS MAKING LINA RETURN THE MONEY FOR THE INSURANCE FRAUD SHE COMMITTED

23) THE BETHEL TOWN HALL WORKERS REPEADEDLY MADE FALSE STATEMENTS TO POLICE IN AN ATTEMPT TO DEPRIVE THE PLAINTIFF OF RIGHTS TO MAINTAIN HIS BUSINESS CONTRARY TO WHAT THE BUILDING AND SIGN DEPARTMENT WANTED

24) BETHEL POLICE FALSELY TESTIFIED AT TRIAL TO KEEP THE PLAINTIFF INCARCERATED. KNOWINGLY AND WILLINGLY.

25) THE BETHEL POLICE CHARGED THE PLAINTIFF WITH DRIVING UNDER A SUSPENDED LISCENCE, AT TRIAL JUDGE D'ANDREA SAID TO THE PLAINTIFF, WHY DON'T YOU PLEAD GUILTY AND I'LL SENTENCE YOU TO A YEAR IN JAIL TIME SERVED THE PLAINTIFF STATED MY LISCENCE IS NOT SUSPENDED LET THE STATE PROVE IT, JUDGE D'ANDREA SAID HE WAS GOING TO CHECK AND THE CHARGE WAS DISMISSED

AN AWARD OF COMPENSATORY DAMAGES OF $1,000,000.00 EA
AN AWARD OF EXEMPLARY DAMAGES OF $1,000,000.00 EA
AN AWARD OF PUNITIVE DAMAGES OF $1,000,000.00 EA
INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS OF $1,000,000.00 EA

MALICIOUS PROSECUTION;

LINE 1 - 25 WITH CAUSE OF ACTION ARE HEREBY INCORPORATED AS IF SETFORTH AT LENGTH AND MADE PART OF THIS CAUSE OF ACTION.

26) THE STATE NEW THE POLICE WERE LIEING, THE PROSECUTION HAS A CONSTITUTIONAL DUTY TO CORRECT WHAT IT KNOWS IS WRONG OR PERJURED THE STATE WAS MALICIOUS WHEN IT DROPPED CHARGES SO THE PLAINTIFF COULD NOT USE THE VIDEOS AS EVIDENCE TO PROVE BETHEL POLICE LIED

27) BETHEL POLICE NEW THEY WERE TESTIFYING FALSELY TO MALICOUSLY HAVE THE PLAINTIFF INCARCERATED, THE POLICE EACH TESTIFIED TO DIFFERENT FACTS WHEN ASKED THE SAME QUESTION SEPARATE AND INDIVIDUAL FROM EACH OTHER, THIS IS HOW THE PLAINTIFF WAS FOUND INNOCENT OF ALL THE CHARGES

28) WARDEN ROBERT MARTIN REFUSED TO FOLLOW JUDGE D'ANDREAS ORDER TO SUPPLY THE PLAINTIFF WITH LEGAL BOOKS FOR SELF REPRESENTATION OF MYSELF TO MALICIOUSLY SEE THE PLAINTIFF PROSECUTED

29) PASQUALINA BASTONE INTENTIONALLY LIED AS THE VIDEO SHOWS TO MALICIOUSLY PROSECUTE THE PLAINTIFF

30) DANIEL SENTEMENTES SAT BACK AND MALICIOUSLY ALLOWED THE PLAINTIFF TO STAY INCARCERATED AND DENY HIS BROTHER BOND TO ALLOW HIMSELF TO PUT UP A FAIR AND EDUCATED FIGHT IN COURT WHILE KNOWINGLY WATCHED MALICIOUS PROSECUTION OF THE PLAINTIFF

31) B OF A WAS MADE WELL AWARE OF THE PLAINTIFFS SITUATION FOR A YEAR AND THEY DID NOTHING TO HELP THE PLAINTIFF, BUT TURN A BLIND EYE TO WHAT WAS HAPPENING TO THE PLAINTIFF

32) DETECTIVE LABONIA WAS MADE AWARE THE PLAINTIFF NEEDED HIM TO DO HIS JOB WHEN THE PLAINTIFF SENT HIM EVIDENCE TO SOLVE THE PLAINTIFFS COMPLAINT AND MAIL IT TO B OF A SO THE PLAINTIFF COULD BE REINBURSED FOR THE FIRST $17,000.00 STOLEN AND THE PLAINTIFF APPEAL BOND COULD HAVE BEEN MADE

33) LIBERTY MUTUAL WAS NOTIFIED OF THE PLAINTIFFS ISSUE BUT REFUSED TO SUBMITT, HAND OVER OR PRESENT EVIDENCE FOR A DEFENCE FOR THE PLAINTIFF KNOWING THE PLAINTIFF WAS BEING FALSELY INCARCERATED.

34) THOMAS LEAF REFUSED TO PROPERLY DEFEND THE PLAINTIFF BY NOT PRESERVING EVIDENCE

| | |
|---|---|
| AN AWARD OF COMPENSATORY DAMAGES OF | $1,000,000.00 EA |
| AN AWARD OF EXEMPLARY DAMAGES OF | $1,000,000.00 EA |
| AN AWARD OF PUNITIVE DAMAGES OF | $1,000,000.00 EA |
| INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS | $1,000,000.00 EA |

BREACH OF FIDUCIARY DUTIES;

LINES 1-34 AND CAUSES OF ACTION ARE HEREBY INCORPORATED AND SETFORTH AS IF AT LENGTH AND MADE PART HEREOF THIS CAUSE OF ACTION

35) BETHEL POLICE HAVE SWORN DUTIES TO UPHOLD THE LAWS OF THE STATE OF CT, WHICH ENSURE RIGHTS OF THE PLAINTIFF, WHERE BETHEL POLICE FAILED IN THEIR FIDUCIARY DUTIES TO THE PLAINTIFF WHEN THEY FALSELY ACCUSSED AND TESTIFIED AGAINST THE PLAINTIFF

36) THE STATE OF CONNECTICUT AND NED LAMONT HAVE FIDUCIARY DUTIES TO RESIDENTS OF THE STATE OF CT AND TO CITIZENS THAT HAVE BEEN ACCUSSED OF VIOLATING STATUES OF THIS STATE, THEY FAILED IN THOSE DUTIES TO THE PLAINTIFF BY FALSELY PROSECUTING HIM

37) THOMAS LEAF HAD A FIDUCIARY DUTY TO THE PLAINTIFF AND FAILED AT THOSE DUTIES BY NOT PRESEVING EVIDENCE, FILING MOTIONS OR KEEPING THE PLAINTIFF INFORMED OF THE CHARGES AGAINST HIM

38) EMPLOYEES OF THE TOWN OF BETHEL HAVE A FIDUCIARY DUTY TO BUSINESSES AND OWNERS IN THEIR DISTRICT, THEY FAILED IN THOSE DUTIES WHEN THEY HARRASSED THE PLAINTIFF, CALLED THE POLICE AND LIED TO VINDICTIVELY CAUSE HARM AND INJURY TO THE PLAINTIFF

39) B OF A CEO, HAD A FIDUCIARY DUTY TO THE PLAINTIFF, TO ALLOW THE PLAINTIFF ACCESS TO HIS MONEY TO MAKE BOND WHICH THE PLAINTIFF COULDN'T BECAUSE THEY REFUSED TO ANSWER LETTERS OR POWER OF ATTORNEY OF FRIENDS OF THE PLAINTIFF

40) PRESIDENT OF DANBURY HOSPITAL HAD A FIDUCIARY DUTY TO PRESERVE VIDEO EVIDENCE OF EITHER THE PLAINTIFF COMMITTING CRIMES OR FOR PSYCIATRIC RECORDS FOR FURTHER TREATMENT OF PSYCOLOGICAL ISSUES THAT NEED OR NEEDED TO BE PRESERVED

41) DANBURY DETECTIVE LABONIA HAS A FIDUCIARY DUTY AND CONSTITUTIONAL DUTY TO EQUAL PROTECTION OF THE LAW TO THE PLAINTIFF AND BY NOT DOING HIS DUTIES WITHIN A YEARS TIME TO INVESTIGATE THE PLAINTIFF BEING ROBBED AT THAT TIME FOR $17,000.00 FAILED IN HIS DUTIES KEEPING THE PLAINTIFF INCARCERATED

42) DANIEL SENTEMENTES HAD A FIDUCIARY DUTY TO THE PLAINTIFF AS EXECUTOR OF THEIR MOTHERS ESTATE TO CARRY OUT HER WISHES AND THE DEFENDANT FAILED IN THOSE DUTIES WHEN HE WITHELD THE PLAINTIFFS INHERITENCE AND KEPT HIM INCARCERATED

43) BRIDGEPORT WARDEN ROBERT MARTIN HAD A FIDUCIARY DUTY TO THE PLAINTIFF TO SUPPLY LEGAL BOOKS FOR TRIAL BY CONSTITUTIONAL AUTHORITY AND A JUDGES ORDER, HE FAILED IN THOSE DUTIES WHEN HE ~~DENIAL~~ DENIED THE PLAINTIFF THOSE MATERIALS AND THE PLAINTIFF STOOD TRIAL WITHOUT THEM

44) WHEN THE PLANTIFF INVESTED TIME AND MONEY INTO BASTONE INVESTMENTS WITH AN AGREEMENT TO BE PARTNERS IN THOSE BUSINESSES THEIR BECAME A FIDUCIARY ~~DUTY~~ DUTY BETWEEN THE PLAINTIFF AND DEFENDANT TO FOLLOW THROUGH ON THER COMMITMENTS TO EACH OTHER THE DEFENDANT FAILED IN THOSE DUTIES WHEN SHE FILED FALSE STATEMENTS

| | |
|---|---|
| AND AWARD OF COMPENSATORY DAMAGES OF | ~~$100~~ $1,000,000.00 EA |
| AN AWARD OF EXEMPLARY DAMAGES OF | $1,000,000.00 EA |
| AN AWARD OF PUNITIVE DAMAGES OF | $1,000,000.00 EA |
| INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS | $1,000,000.00 EA |

HARRASMENT;

LINES 1 - 44 AND CAUSES OF ACTION ARE HEREBY INCORPORATED AS IF SETFORTH AT LENGTH AND MADE PART HEREOF THIS CAUSE OF ACTION

45) THE STATE HAS FILED MULTIPLE CHARGES ON MULTPLE DOCKETS AND THEY ALL HAVE BEEN DISMISSED WETHER BY JURY TRIAL, JUDGE NOLLE OR LACK OF EVIDENCE THE STATE HAS NOT AND WILL NOT STOP UNTIL THE PLAINTIFF IS INCARCERATED LEADING TO HARRASSING CONDUCT

46) BETHEL POLICE HAVE REPEATEDLY ARRESTED THE PLAINTIFF THREE TIMES AND ALL CHARGES ON ALL DOCKETS HAVE BEEN DISMISSED BY INNOCENCE OR LACK OF EVIDENCE

47) THOMAS LEAFS COMMENTS OF "GO FUCK YOUR SELF" BEFORE THE PLAINTIFFS TRIAL TO "I HOPE YOU ENJOY ~~OUR~~ BEING PROSECUTED BY OUR JUDICIAL SYSTEM" WERE SAID TO HARRASS AND PROVOKE THE PLAINTIFF

48) PASQUALINA BASTONES FALSE STATEMENTS AND FALSE TESTIMONY WERE TO HARRASS AND INCARCERATE THE PLAINTIFF

49) WARDEN ROBERT MARTINS REFUSAL TO THE PLAINTIFF ~~BY~~ DENYING HIM OF LEGAL MATERIAL WERE MEANT TO HARRASS, INTIMIDATE AND CAUSE STRESS AND EXIETY TO THE PLAINTIFF

50) BETHEL TOWN EMPLOYEES FALSE STATEMENTS AND CONDUCT IN WRITING LETTERS TO THE PLAINTIFF BUSINESS LANDLORD WERE HARRASSMENT TO THE PLAINTIFF.

| | |
|---|---|
| AN AWARD OF COMPENSATORY DAMAGES OF | $1,000,000.00 EA |
| AN AWARD OF EXEMPLARY DAMAGES OF | $1,000,000.00 EA |
| AN AWARD OF PUNITIVE DAMAGES OF | $1,000,000.00 EA |
| INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS OF | $1,000,000.00 EA |

KIDDNAPPING;

LINES 1-50 AND CAUSES OF ACTION ARE HEREBY INCORPORATED AS IF SETFORTH AT LENGTH AND MADE PART OF THIS CAUSE OF ACTION

51) PASQUALINA BASTONE MADE A FALSE PHONE CALL COMPLAINT TO THE BETHEL POLICE DEPARTMENT IN ORDER TO HAVE HIM TAKEN INTO CUSTODY AGAINST HIS WILL, IN AN ACT THAT WOULD CONSTITUTE HAVING PEOPLE SIEGE A PERSON AGAINST THEIR WILL AND RESTRAIN THEM IN A FORIEGN ENVIORMENT, THE PLAINTIFF WAS KIDDNAPPED AND MOVED AND HELD WITHOUT CONSENT

52) BETHEL POLICE FALSELY RESTRAINED THE PLAINTIFF, REMOVED HIM FROM HIS OWN ENVIRERMENT BY FORCE AND HELD HIM WITHOUT CONSENT FOR ONE YEAR, THE PLAINTIFFS LIFE WAS KIDDNAPPED BY THE BETHEL POLICE

AN AWARD OF COMPENSATORY DAMAGES OF $5,000,000.00 EA
AN AWARD OF EXEMPLARY DAMAGES OF $5,000,000.00 EA
AN AWARD OF PUNITIVE DAMAGES OF $5,000,000.00 EA
INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS $5,000,000.00 EA

CRUEL AND UNUSUAL PUNISHMENT;

LINES 1-52 AND CAUSES OF ACTION ARE HEREBY INCORPORATED AS IF SETFORTH AT LENGTH AND MADE PART OF THIS CAUSE OF ACTION

53) PASQUALINA BASTONE AND THE BETHEL POLICE DEPARTMENTS ACTIONS CONSTITUTE CRUEL AND UNUSUAL PUNISHMENT BY KIDDNAPPING, INCARCERATING MALICIOUSLY PROSECUTING AND CAUSEING EXTREME EMOTIONAL DISTRESS TO THE PLAINTIFF

AN AWARD OF COMPENSATORY DAMAGES OF $1,000,000.00 EA
AN AWARD OF EXEMPLARY DAMAGES OF $1,000,000.00 EA
AN AWARD OF PUNITIVE DAMAGES OF $1,000,000.00 EA
INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS $1,000,000.00 EA

INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS;

LINES 1-53 AND CAUSES OF ACTION ARE HEREBY INCORPORATED ~~AN~~ AS IF SETFORTH AT LENGTH AND MADE PART HEREOF THIS CAUSE OF ACTION

54) THE DEFENDANTS MISCONDUCT IS SO INTENTIONALLY AGGREGIOUS, DESIGNED ONLY FOR THE SOLE PURPOSE OF CAUSING HARM AND INJURY TO THE PLAINTIFF AS TO SHOCK THE CONSCIENCE OF THE AVERAGE PERSON AND THIS COURT

55) SUCH CONDUCT ARISES TO THE LEVEL OF A COURSE OF ACTION FOR THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

56) THE PLAINTIFF LIKE ANY OTHER PERSON HAS A RIGHT TO BE FREE FROM HARM AND INJURY BY MALICIOUS ACTS BY THE DEFENDANTS

57) THE DEFENDANTS KNEW OR SHOULD HAVE KNOWN THERE ACTIONS WOULD CAUSE SEVERE HARM AND OR THERE LACK THEREOF

THEREFORE THE PLAINTIFF PRAYS THIS COURT GRANT THE FOLLOWING RELIEF

| | |
|---|---|
| AN AWARD OF COMPENSATORY DAMAGES OF | $1,000,000.00 EA |
| AN AWARD OF EXEMPLARY DAMAGES OF | $1,000,000.00 EA |
| AN AWARD OF PUNITIVE DAMAGES OF | $1,000,000.00 EA |
| INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS | $1,000,000.00 EA |

TO FURTHER ISSUE COUNT OR CAUSE OF ACTION THE PLAINTIFF SAYETH NAUGHT,

AMOUNT IN DEMAND

THE AMOUNT IN DEMAND FOR EACH DEFENDANT VARIES, THE TOTAL AMOUNT FOR ALL CAUSES OF ACTION IS INEXCESS OF ($48,000,000.00) FOURTY-EIGHT MILLION

Thomas J Sentementes
THOMAS SENTEMENTES
1106 NORTH AVE
BRIDGEPORT, CT 06604

F. DO YOU WISH TO HAVE A JURY TRIAL? YES _____ NO_____

G. DECLARATION UNDER PENALTY OF PERJURY

Warning: You must sign this or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: [signature]

Signed at BRIDGEPORT on 12/1/20
(Location) (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff.**

H. FINAL INSTRUCTIONS

WARNING: Your complaint will not be filed unless you complete each of these steps:

1. Answer all questions on the complaint form.

2. Sign the Declaration under Penalty of Perjury on p. 7

Remember, the Clerk cannot file your complaint unless you take all of the steps above.